DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re: )
)
GRAY, MATTHEW T. ) Chapter 13
) Case No. 14-51066 SLJ
)
) First Amended
) TRUSTEE'S OBJECTION TO
) CONFIRMATION WITH CERTIFICATE OF
) SERVICE
)
) Confirmation Date: N/A – Trustee's Pending List
)
) Judge: Stephen L. Johnson
)
Debtor(s) )
)

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee questions the feasibility of the plan pursuant to 11 U.S.C. §1325(a)(6). The debtor's original plan provided for the debtor to make plan payments of $485 per month. The Trustee received a partial first plan payment from the debtor in the amount of $50, which prevented the Trustee from filing a Motion to Dismiss for failure to make the first plan payment. However, to date, the debtor has not made any further payments to the Trustee, and his plan payments are now delinquent by $435. Further, the debtor filed an

Amended Plan on May 13, 2014 [Docket #18] which increased his plan payments to $510. The Trustee questions how the debtor will be able to afford the increased plan payments of $510 since it appears that he was not able to fund the initial plan payment of $485.

Dated: May 29, 2014  /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 30, 2014.

Said envelopes were addressed as follows:

| | |
|---|---|
| Matthew T Gray<br>9561 Valley Home Rd<br>Oakdale, CA 95361 | The Fuller Law Firm<br>60 N Keeble Ave<br>San Jose, CA 95126 |

/S/ Jacquelyn Michael
Office of Devin Derham-Burk, Trustee