

| | |
|---|---|
| 1   DEVIN DERHAM-BURK #104353<br>    CHAPTER 13 STANDING TRUSTEE<br>2   P O BOX 50013<br>    SAN JOSE, CA 95150-0013 | The following constitutes<br>the order of the court. Signed June 16, 2014 |



_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                   )     Chapter 13
                                              )
MATTHEW T GRAY                   )     Case No. 14-51066 SLJ
                                              )
                                              )     **ORDER CONFIRMING PLAN**
                    Debtor                
_____

The Debtor filed a Plan under Chapter 13 of the Bankruptcy Code on Mar 11, 2014, a copy of which was served on creditors (and an Amended Plan on May 13, 2014). After hearing on notice on Jun 11, 2014, the Court finds that:

1. The Plan complies with 11 U.S.C. §1325(a), and other applicable bankruptcy laws, rules and procedures.

THEREFORE, IT IS ORDERED THAT:

1. The Debtor's Amended Plan filed on May 13, 2014 is confirmed.

2. The future income of the Debtor shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

/
/
/
/

3. Any creditor whose claim is entirely disallowed by final non appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee unless such creditor files a request for special notice with the Court and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if the proposed action would adversely impact a creditor, that creditor must be served notice.

4. Until the Plan is completed, dismissed or converted to a case under a different chapter of the Bankruptcy Code, the Debtor shall, pursuant to the terms of the Plan, pay to the Trustee the sum of: $510

no later than the last day of each month, at P O BOX 396069, SAN FRANCISCO, CA 94139-6069

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty (20) days of said notice, either: 1) cure the default; or 2) meet and confer with the Trustee AND enter into an agreement resolving the default in a manner acceptable to the Trustee; or 3) file and serve an Application to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

\*\*\* END OF ORDER \*\*\*

Approved as to form and content.

Dated: Jun 13, 2014         /s/ DEVIN DERHAM-BURK
                            Chapter 13 Standing Trustee

# COURT SERVICE LIST

Case Name: MATTHEW T GRAY         Case No.: 14-51066 SLJ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

MATTHEW T GRAY
9561 VALLEY HOME RD
OAKDALE, CA  95361